

**NUMBER 13-19-00483-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**JOSEPH J. ESTAPA JR.,**                                                          **Appellant,**

**v.**

**JOSE LUIS RAMOS,**                                                              **Appellee.**

---

**On appeal from the 93rd District Court
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Perkes
Memorandum Opinion by Justice Perkes**

Appellant Joseph J. Estapa Jr. attempted to perfect an appeal from an order signed on October 2, 2019, in Cause No. C-1777-19-B. The notice of appeal states it is an interlocutory appeal from the denial of a plea to the jurisdiction and motion to set aside an order of eviction and Rule 11 agreement. Upon review of the documents before the Court, it appeared that there was no appealable order dated October 2, 2019. On

October 9, 2019, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Hidalgo County Clerk's Office has informed this Court that no order was entered on October 2, 2019. In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

GREGORY T. PERKES
Justice

Delivered and filed the
14th day of November, 2019.